CAREY RESTAURANTS INC. et al., Respondents, v. BROOKLYN CORNELL UTILITIES INC., Defendant, and H. B. SMITH CO. INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

ROY NORR, Respondent, v. RADIO CORPORATION OF AMERICA et al., Appellants.— Order unanimously modified so as to eliminate the specification of Folsom as the officer to be examined and allowing the defendant corporation to produce an officer with knowledge of the facts and, as so modified, affirmed. Settle order on notice. Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Bastow and Botein, JJ.

JUDY LANE, INC., Respondent, v. FITZGIBBON CO., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

ROSAMOND SEIDEL, Individually and as Guardian ad Litem of MARY F. SEIDEL, an Infant, et al., Respondents, v. PAN AMERICAN AIRWAYS, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

ENA KUNZER, Respondent, v. EDWARD J. KUNZER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. On this record the amounts allowed are, in our opinion, excessive. Order unanimously modified so as to fix alimony at $125 per month and counsel fee at $300 and, as so modified, affirmed. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ. [See post, p. 929.]

In the Matter of the Application of PAUL GREENE for Admission to the Bar.— Motion denied. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

DOROTHY McCLATCHIE, an Infant, by AUGUSTUS W. BENNET, Her Guardian ad Litem, on Behalf of Herself and All Other Descendants of THOMAS EDWARDS and Another, Similarly Situated, Appellant, v. RECTOR, CHURCHWARDENS AND VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK, Respondent — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Breitel, Bastow and Bergan, JJ. [See ante, p. 657.]

VIVIAN M. SICHOL et al., as Coexecutors of BRIAN T. MORAN, Deceased, v. BANKERS DEVELOPMENT CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Breitel and Bastow, JJ. [See ante, p. 699.]